1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA HARTER, Bar #179741
   Assistant Federal Defender
3  Designated Counsel for Service
   MATTHEW FLEMING
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7  Attorney for Defendant
   BRUCE DUNCAN
8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,        )  No. 2:10-cr-00311-01
                                     )
13                  Plaintiff,       )
                                     )  STIPULATION AND ORDER
14       v.                          )
                                     )
15  BRUCE DUNCAN,                    )  Date:  November 15, 2010
                                     )  Time:  10:00 a.m.
16                  Defendant.       )  Judge: Hon. Gregory C. Hollows
                                     )
17  _____ )

18

19       IT IS HEREBY STIPULATED between the parties through their

20  respective counsel, Matthew C. Stegman, Assistant United States

21  Attorney, and Linda Harter, Assistant Federal Defender, attorney for

22  BRUCE DUNCAN, that the Court vacate the date for judgment and

23  sentencing on November 15, 2010 and set a new date for December 6,

24  2010.

25  ///

26  ///

27  ///

28  ///

1    At present, additional time is needed by probation to adequately

2  prepare their report, pursuant to 18 U.S.C. § 3161(h)(1).  The

3  probation report is necessary for the court to make an informed

4  decision as to the sentencing of Mr. Duncan in this case.

5

6

7  Dated: October 14, 2010

                                    Respectfully submitted,
8
                                    DANIEL J. BRODERICK
9                                   Federal Defender

10                                  /s/ Linda Harter

11                                  _____
                                    LINDA HARTER
                                    Assistant Federal Defender
12                                  Attorney for Defendant
                                    BRUCE DUNCAN
13

14  Dated: October 14 2010          BENJAMIN B. WAGNER
                                    United States Attorney
15

16                                  /s/ Matthew Stegman

17                                  _____
                                    MATTHEW C. STEGMAN
                                    Assistant United States Attorney
18

19                            **ORDER**

20  IT IS SO ORDERED.

21

22  Dated: October 18, 2010          /s/ Gregory G. Hollows
                                    Gregory C. Hollows
23                                  United States Magistrate Judge

24  duncan.eot

25

26

27

28